

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

On May 6, 2022, we reinstated this appeal on this court's active docket and ordered court reporters, Judy Busbee-Mata and Tracy Plummer, to file their portion of the reporter's record by June 6, 2022. It has come to our attention that Ms. Plummer did not take a record in this case, and Ms. Busbee-Mata recently filed a letter stating appellant has not served her with a request to prepare the record. The clerk's record also does not include a request. We therefore **order** appellant to provide written proof to this court **by May 31, 2022** showing appellant has requested the court reporter to prepare the reporter's record. The request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). If appellant fails to request the record is writing, this court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2022.



Michael A. Cruz,
Clerk of Court